THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DERMATOLOGY ASSOCIATES OF SEATTLE, P.S., a Washington professional service corporation; and PETER J. JENKIN, an individual,<br><br>Defendants. | Case No. 8:23-cv-00848-FWS-KES<br><br>Hon. Fred W. Slaughter<br><br>**JUDGMENT** |

///

///

///

# JUDGMENT

Pursuant to the Motion for Default Judgment of Plaintiff Balboa Capital Corporation (Dkt. 21), granted on January 22, 2024, (Dkt. 25); Balboa's Application to the Clerk to Tax Costs, (Dkt. 26), granted on March 1, 2024, (Dkt. 27); and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2) and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. Judgment is entered in this matter, in favor of Plaintiff Balboa Capital Corporation and against Defendants Dermatology Associates of Seattle, P.S., a Washington professional service corporation ("Dermatology Associates") and Peter J. Jenkin ("Jenkin") (collectively, "Defendants"), jointly and severally, in the total amount of **$328,307.30**; which represents (1) the principal amount owed of $305,374.50; (2) costs in the amount of $592.00; (3) attorneys' fees in the amount of $9,707.49; and (4) $12,633.31 in prejudgment interest at the statutory rate of ten percent (10%) per annum, from May 14, 2023 (the date of breach) to October 12, 2023.

2. The Clerk is ordered to enter this Judgment forthwith.

**IT IS SO ORDERED**.

DATED: June 28, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE